FILED

2026 Apr-17  AM 09:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION**

| | | |
|---|---|---|
| **TERRY FLUKER,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:25-cv-1249-ACA-JHE** |
| | ) | |
| **JONATHAN W. HORTON,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## <u>MEMORANDUM OPINION</u>

After providing Petitioner Terry Fluker three opportunities to correct his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, and to either pay the filing fee of $5.00 or file an application to proceed *in forma pauperis* (docs. 4, 7, 8), the magistrate judge entered a report in December 2025, recommending this action be dismissed for Mr. Fluker's failure to prosecute his claims (doc. 9).

Because it appeared Mr. Fluker was returned to the custody of the Alabama Department of Corrections, the magistrate judge updated Mr. Fluker's address and provided him another copy of the report and recommendation. (Doc. 10). In January 2026, Mr. Fluker objected to the report and recommendation, asserting that due to his numerous custody transfers, he had not received multiple court orders. (Doc. 12). So the magistrate judge provided Mr. Fluker two more opportunities to correct his

petition. (Docs. 13 & 14). Although the court later received Mr. Fluker's filing fee, he has failed to file an amended habeas petition.

Accordingly, the court **OVERRULES** Mr. Fluker's objection. (Doc. 12). Because Mr. Fluker has failed to respond to or comply with numerous court orders, even after he filed his objections, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Accordingly, the court **WILL DISMISS** this action **WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b).

**DONE** and **ORDERED** this April 17, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE

2