FILED

2026 Apr-17  AM 09:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | | |
|---|---|---|
| **TERRY FLUKER,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:25-cv-1249-ACA-JHE** |
| | ) | |
| **JONATHAN W HORTON,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## FINAL ORDER

Consistent with the accompanying opinion, the court **DISMISSES** this action

**WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b).

**DONE** and **ORDERED** this April 17, 2026.

_____

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE